No. 25-7122

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

IN RE APPLE IPHONE ANTITRUST LITIGATION

On Petition for Permission to Appeal from the
U.S. District Court for the Northern District of California
Case No. 4:11-cv-6714 | Hon. Yvonne Gonzalez Rogers

## APPLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Cynthia E. Richman
Harry R. S. Phillips
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Caeli A. Higney
Julian W. Kleinbrodt
Eli M. Lazarus
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
(415) 393-8200

Theodore J. Boutrous Jr.
Daniel G. Swanson
Blaine H. Evanson
Bradley J. Hamburger
Matt Aidan Getz
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

*Counsel for Respondent Apple Inc.*

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, defendant-respondent Apple Inc., a publicly traded company (NYSE: AAPL), states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 13, 2025						Respectfully submitted,

											/s/ Theodore J. Boutrous Jr.
											Theodore J. Boutrous Jr.

											*Counsel for Respondent*
											*Apple Inc.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Apple, Inc. respectfully requests an extension of 11 days, to and including December 1, 2025, of the time in which to file a response to Plaintiffs' petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f).

1. Plaintiffs filed their petition on November 10, 2025.

2. Apple's response is currently due on November 20, 2025.

3. There is substantial need for this requested extension. In addition to conflicts related to the Thanksgiving holiday, the attorneys for Apple principally responsible for drafting the response will have to divide their time between this and other pressing matters, including:

    a. Drafting an opposition to a motion to dismiss a cross-appeal in *United States ex rel. Kuriyan v. Molina Healthcare of N.M., Inc.*, Nos. 25-2119 & 25-2130, to be filed in the U.S. Court of Appeals for the Tenth Circuit on November 14, 2025;

    b. Drafting a motion to compel arbitration in *Tate v. TikTok, Inc.*, No. 2:25-cv-7834 (C.D. Cal.), which is due on November 17, 2025;

c. Drafting an opposition to a motion to dismiss and a motion to remand in *Underground Parent, LLC v. Beri*, No. 3:25-cv-1792 (D. Conn), which are due on November 17, 2025;

d. Drafting a motion to dismiss in *Krantz v. Old Copper Company, Inc.*, No. 2:24-cv-10031 (C.D. Cal.), which is due on November 17, 2025;

e. Drafting a reply to a motion for reconsideration in *Poole v. UPS*, No. 23-2-8634-1 (Wash. Super. Ct.), which is due on November 18, 2025;

f. Evidentiary hearing in *LA Alliance for Human Rights v. City of Los Angeles*, No. 2:20-cv-2291 (C.D. Cal.), which is set to start on November 19, 2025;

g. Argument on postjudgment motions in *Rogerson v. Power Integrations, Inc.*, No. 21CIV388427, to be held in the Superior Court for the State of California, Santa Clara County, on November 20, 2025;

h. Oral argument in *Falcone v. Nestlé USA, Inc.*, No. 24-7707, to be held before this Court on November 21, 2025;

4

   i. Drafting a petition for panel rehearing or rehearing en banc in *Clippinger v. State Farm Mutual Automobile Insurance Co.*, No. 24-5421, to be filed in the U.S. Court of Appeals for the Sixth Circuit on November 24, 2025;

   j. Drafting a reply brief in support of a motion to dismiss in *Sezzle, Inc. v. Shopify Inc.*, No. 25-cv-2395 (D. Minn.), which is due on December 1, 2025; and

   k. Drafting briefing related to an ongoing trial in *Stronghold Engineering, Inc. v. City of Monterey*, No. 18CV329015, which is being held in the Superior Court for the State of California, Santa Clara County.

  4. Counsel for Apple has exercised and will continue to exercise diligence in this matter. They are prepared to file Apple's response to Plaintiffs' petition within the period requested by the motion.

  5. An 11-day extension of Apple's deadline will prejudice neither party.

  6. Counsel for Apple conferred with counsel for Plaintiffs, who do not oppose this motion.

5

Apple therefore respectfully requests that the Court grant an 11-day extension of time within which to file a response to Plaintiffs' petition, to and including December 1, 2025. Apple makes this request based on the attached declaration of Matt Aidan Getz.

Dated: November 13, 2025							Respectfully submitted,

/s/ Theodore J. Boutrous Jr.
Theodore J. Boutrous Jr.

*Counsel for Respondent Apple Inc.*

## DECLARATION OF MATT AIDAN GETZ

I, Matt Aidan Getz, declare as follows:

1.  I am an associate at Gibson, Dunn & Crutcher LLP in Los Angeles, California, and am one of the attorneys representing Apple Inc. in this appeal. I have personal knowledge of the matters set forth below except as otherwise noted and, if called to do so, could and would testify competently to them.

2.  Plaintiffs filed their petition to appeal on November 10, 2025.

3.  Apple's response is due on November 20, 2025.

4.  Apple respectfully seeks an 11-day extension, to and including December 1, 2025, of the deadline to file its response to Plaintiffs' petition.

5.  There is substantial need to extend the deadline. The attorneys principally responsible for drafting the response to the petition have had and will have to divide their time between this appeal and other pressing matters, including:

   a.  Drafting an opposition to a motion to dismiss a cross-appeal in *United States ex rel. Kuriyan v. Molina Healthcare of*

7

*N.M., Inc.*, Nos. 25-2119 & 25-2130, to be filed in the U.S. Court of Appeals for the Tenth Circuit on November 14, 2025;

  b. Drafting a motion to compel arbitration in *Tate v. TikTok, Inc.*, No. 2:25-cv-7834 (C.D. Cal.), which is due on November 17, 2025;

  c. Drafting an opposition to a motion to dismiss and a motion to remand in *Underground Parent, LLC v. Beri*, No. 3:25-cv-1792 (D. Conn), which are due on November 17, 2025;

  d. Drafting a motion to dismiss in *Krantz v. Old Copper Company, Inc.*, No. 2:24-cv-10031 (C.D. Cal.), which is due on November 17, 2025;

  e. Drafting a reply to a motion for reconsideration in *Poole v. UPS*, No. 23-2-8634-1 (Wash. Super. Ct.), which is due on November 18, 2025;

  f. Evidentiary hearing in *LA Alliance for Human Rights v. City of Los Angeles*, No. 2:20-cv-2291 (C.D. Cal.), which is set to start on November 19, 2025;

  g. Argument on postjudgment motions in *Rogerson v. Power Integrations, Inc.*, No. 21CIV388427, to be held in the

8

Superior Court for the State of California, Santa Clara County, on November 20, 2025;

      h.    Oral argument in *Falcone v. Nestlé USA, Inc.*, No. 24-7707, to be held before this Court on November 21, 2025;

      i.    Drafting a petition for panel rehearing or rehearing en banc in *Clippinger v. State Farm Mutual Automobile Insurance Co.*, No. 24-5421, to be filed in the U.S. Court of Appeals for the Sixth Circuit on November 24, 2025;

      j.    Drafting a reply brief in support of a motion to dismiss in *Sezzle, Inc. v. Shopify Inc.*, No. 25-cv-2395 (D. Minn.), which is due on December 1, 2025; and

      k.    Drafting briefing related to an ongoing trial in *Stronghold Engineering, Inc. v. City of Monterey*, No. 18CV329015, which is being held in the Superior Court for the State of California, Santa Clara County.

6.    My colleagues and I have exercised and will continue to exercise diligence in this matter. We are prepared to file a response to the petition within the period requested by this motion.

8. Before filing the motion, counsel for Apple met and conferred with counsel for Plaintiffs. Plaintiffs do not oppose the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025.

_____

Matt Aidan Getz